ACCEPTED
01-15-00670-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 11:18:53 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00670-CV

**IN THE COURT OF APPEALS FOR THE FIRST JUDICIAL DISTRICT AT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 11:18:53 AM
CHRISTOPHER A. PRINE
Clerk

## THE ESTATE OF DONALD H. WILLIAMS, DECEASED

On Appeal from Probate Court No. 3
Harris County, Texas
Case No. 427,929

_____

## APPELLEES' UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEF

COME NOW Appellees HEIDI MICHELLE WILLIAMS and CHERYL WILLIAMS YEARND, and pursuant to TRAP 10.1 and TRAP 10.5(b)(1)(A-D), respectfully request an unopposed extension of time, extending the deadline for the filing of Appellees' Brief in the above-styled appeal; and for good cause would show this Court the following:

### Introduction

1.     Appellant is TRACEY L. DAMPIER.  Appellees are HEIDI MICHELLE WILLIAMS and CHERYL WILLIAMS YEARND.

2.     Appellant filed his Brief on November 21, 2015.  Appellees' Brief currently is due on December 23, 2015.  This motion is filed before Appellees' Brief is due.

3.     No previous extension has been requested or granted to extend the time to file Appellees' Brief.

4.     Counsel for Appellant is unopposed to this motion.

## Basis for Extension

5.     Counsel for Appellees will begin a trial on January 4, 2016 and are preparing for same, and it is the holiday season.

6.     Appellees desire a thirty (30) day extension of time until Friday, January 22, 2016 in order to file Appellees' Brief.

7.     Appellant is not opposed to this extension.

8.     Appellees will not be harmed and prejudiced if an extension is not granted.  Appellant will not be harmed or prejudiced by the extension of the briefing deadline.  Appellees' request is not for purposes of delay, but so that justice may be done.

## Conclusion

9.　　Appellants request a thirty-day extension of the deadline to file Appellees' Brief due to the holiday season and trial. The new deadline for Appellees' Brief would be Friday, January 22, 2016.

## Prayer

10.　　For the foregoing reasons, Appellees pray the Court grant a thirty-day extension of time to file Appellees' Brief, until Friday, January 22, 2016.

Respectfully submitted,

**HENKE & WILLIAMS, LLP**

By:　*/s/ Kathleen H. Boll*
KATHLEEN H. BOLL
State Bar No. 00798431
KBoll@HenkeLawFirm.com
3200 Southwest Freeway, 34th Floor
Houston, Texas 77027
Telephone:　　(713) 940-4500
Facsimile:　　(713) 940-4545

**ATTORNEYS FOR APPELLEES**
**HEIDI MICHELLE WILLIAMS**
**AND CHERYL WILLIAMS**
**HEARND**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have communicated with counsel for Appellant regarding *Appellees' Motion for Extension of Time to File Appellees' Brief.* Counsel for Appellant is not opposed to the motion.

/s/ Kathleen H. Boll
Kathleen H. Boll

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Appellees' Motion for Extension of Time to File Appellees' Brief* has been sent to the following counsel of record on this the 21st day of December 2015:

*Counsel for Appellant*
Timothy A. Hootman
2402 Pease Street
Houston, Texas 77003
thootman2000@yahoo.com

/s/ Kathleen H. Boll
Kathleen H. Boll
